IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALDEN POND DEVELOPMENT, INC., <br> Plaintiff, <br><br> v. <br><br> SEBASTIAN RUCCI, <br> Defendant. | Civil Action No. 07-36 |

<u>ORDER OF COURT</u>

AND NOW, this 6th day of April, 2007, IT IS HEREBY ORDERED THAT the above captioned action is STAYED for a period of sixty (60) days, during which the parties are directed to retain a private mediator, engage in mediation, and report the results to the Court on or before June 1, 2007.

IT IS FURTHER ORDERED THAT a status conference will be held on Tuesday, June 5, 2007 at 4:30 p.m..

BY THE COURT:

_____, J.

cc: All Counsel of Record